UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BARBARA L. GRAZIOLI,

    Plaintiff,

v.

GENUINE PARTS COMPANY (d.b.a. S.P. Richards Company),

    Defendant.

HONORABLE JOSEPH E. IRENAS

CIVIL ACTION NO. 03-2875 (JEI)

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket # 36)**

**APPEARANCES:**

FROST & ZEFF, ESQS.
By: Gregg L. Zeff, Esq.
430 Route 70 West
Cherry Hill, New Jersey 08002
    Counsel for Plaintiff

BROWN & CONNERY, LLP
By: William M. Tambussi
360 Haddon Avenue
P.O. Box 539
Westmont, New Jersey 08108
    Counsel for Defendant

**IRENAS**, Senior District Judge:

    Currently before the Court is Defendant's Motion for Summary Judgment.

    The Court having reviewed the submissions of the parties, for the reasons set forth in an Opinion issued by this Court, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing,

IT IS on this 30th day of December, 2005,

**ORDERED THAT:**

1. Defendant's Motion for Summary Judgment is **GRANTED** as to Plaintiff's disability discrimination and retaliation claims under the Americans with Disabilities Act and New Jersey's Law Against Discrimination and Plaintiff's claim under the Family Medical Leave Act.

2. Defendant's Motion for Summary Judgment is **DENIED** as to Plaintiff's sex discrimination and retaliation claims under Title VII of the Civil Rights Act of 1964 and New Jersey's Law Against Discrimination.

_____
JOSEPH E. IRENAS
Senior District Court Judge